IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:10-CV-520-H

MICHAEL LAMONT RUFFIN,

    Plaintiff,

v.

WILSON COUNTY BOARD OF
EDUCATION, STEVE THORNTON,
STEVE ELLIS, and DR. LARRY
PRICE,

    Defendants.

**ORDER**

This matter is before the court on plaintiff's motion to voluntarily dismiss pursuant to Federal Rule of Civil Procedure 41. Having reviewed the matter, the court grants plaintiff's motion to dismiss. This matter is hereby DISMISSED WITHOUT PREJUDICE. The clerk is directed to close this case, and all other pending motions are dismissed as moot.

This 6th day of April 2011.

Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26