UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| MICHAEL LAMONT RUFFIN, | ) | **JUDGMENT** |
| Plaintiff | ) | |
| | ) | No. 5:10-CV-520-H |
| v. | ) | |
| | ) | |
| WILSON COUNTY BOARD | ) | |
| OF EDUCATION, STEVE | ) | |
| THORNTON, STEVE ELLIS, | ) | |
| and DR. LARRY PRICE | ) | |
| Defendants | ) | |

**Decision by Court.**
**This case came before the Honorable Malcolm J. Howard, Senior United States District Judge for consideration of plaintiff's motion to voluntarily dismiss.**

**IT IS ORDERED, ADJUDGED AND DECREED this matter is hereby dismissed without prejudice and the case is closed.**

This Judgment Filed and Entered on April 6, 2011 with service on:

Michael L. Ruffin (via US Mail), 205 Park Avenue, Wilson, NC 27893
Michael R. Delafield (via cm/ecf Notice of Electronic Filing)

Date: April 6, 2011

DENNIS P. IAVARONE, CLERK
/s/ Delsia Heath
(By): Delsia Heath, Deputy Clerk